UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|   |   |   |
|---|---|---|
| THE OWEN BUILDING LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-266 WES |
| VICTORY HEATING & AIR CONDITIONING CO., INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On January 20, 2021, Magistrate Judge Lincoln D. Almond issued a Report and Recommendations ("R. & R."), ECF No. 24, regarding Defendant Johnson Control Inc.'s Motion to Dismiss Counts II and III for Failure to State a Claim, ECF No. 5. Judge Almond recommended that this Court grant the Motion as to Count II (negligence) because the negligence claim is barred by the economic loss doctrine. R. & R. 3-6. Judge Almond further recommended that this Court deny the Motion as to Count III (breach of implied warranties) because the Motion relies on a contract that falls outside the scope of Rule 12(b)(6) of the Federal Rules of Civil Procedure. R. & R. 6-7. These

recommendations apply to the Second Amended Complaint, ECF No. 22. R. & R. 2.

After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein, pursuant to 28 U.S.C. § 636(b)(1)(C). Defendant Johnson Control Inc.'s Motion to Dismiss, ECF No. 5, is GRANTED as to Count II and DENIED as to Count III.

IT IS SO ORDERED.

/s/ WESmith
---
William E. Smith
District Judge
Date:  February 5, 2021